IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03302-WYD-KMT

WILLIAM GOOSMANN,

      Plaintiff,

v.

PARSONS CONSTRUCTION,
PARSONS CORPORATION,
PARSONS SERVICES CORPORATION,
PARSONS INFRASTRUCTURE AND TECHNOLOGY,
PARSONS TRANSPORTATION GROUP INC., and
PARSONS GOVERNMENT SERVICES INC.,

      Defendants.

---

### ORDER OF DISMISSAL OF CERTAIN DEFENDANTS

---

THIS MATTER comes before the Court upon the Stipulated Motion Regarding Dismissal of Parties filed March 7, 2013.  The motion requests that all Defendants except Parsons Government Services Inc. be dismissed without prejudice. Having reviewed the motion and being fully advised in the premises, it is

ORDERED that the Stipulated Motion Regarding Dismissal of Parties (ECF No. 23) is **GRANTED.**  In accordance therewith, it is

ORDERED that, pursuant to Fed.R.Civ.P. 41(a), all claims against Defendants Parsons Construction, Parsons Corporation, Parsons Services Corporation, Parsons Infrastructure and Technology, and Parsons Transportation Group, Inc. ONLY are

**DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorneys' fees

and costs.  These Defendants shall hereafter be taken off the caption.

Dated:  March 8, 2013.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE