IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03302-WYD-KMT

WILLIAM GOOSMANN,

    Plaintiff,

v.

PARSONS GOVERNMENT SERVICES INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice filed November 7, 2013.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation of Dismissal With Prejudice (ECF No. 36) is **APPROVED**.  This case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own attorneys' fees and costs.

Dated:  November 7, 2013.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE